Pilar C. French, OSB No. 962880
frenchp@lanepowell.com
Ryan T. O'Hollaren, OSB No. 231160
ohollarenr@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VANESA PANCIC,<br><br>      Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant. | Case No. 3:23-cv-00002-HZ<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

PAGE 1 –   STIPULATED JUDGMENT OF DISMISSAL WITH
    PREJUDICE

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

122006.0276/9569154.1

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between plaintiff Vanesa Pancic and defendant JPMorgan Chase Bank, N.A., through their undersigned counsel, to the dismissal of this action with prejudice and with each party to bear their own costs and attorneys' fees.

DATED this __16__ day of __November__ 2023.

_____
Chief Judge Marco A. Hernández
U.S. District Court Judge

IT IS SO STIPULATED:

| | |
|---|---|
| DATED:  November 15, 2023 | DATED:  November __, 2023 |
| OLSENDAINES | LANE POWELL PC |
| By   *s/ Michael Fuller*<br>   Michael Fuller, OSB No. 09357<br>   Telephone:  503.222.2000<br>Attorneys for Plaintiff Vanesa Pancic | By  *s/ Ryan O'Hollaren*<br>   Pilar C. French, OSB No. 962880<br>   Ryan O'Hollaren, OSB No. 231160<br>   Telephone:  503.778.2100<br>Attorneys for Defendant JPMorgan Chase Bank, N.A. |

PAGE 2 –  STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

122006.0276/9569154.1